NOT FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2007-86 |
| | ) | |
| COASTAL AIR TRANSPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCES:**

**Joycelyn Hewlett, AUSA**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Coastal Air Transport, Inc.**
c/o Michael J. Foster, P.O. Box 3985, St. Croix, U.S.V.I. 00820
   *Pro se defendant.*

## ORDER

**GÓMEZ, C.J.**

The Court has been advised that the above-captioned matter has been settled. On August 18, 2009, the parties came before the Court and placed the terms of the settlement agreement on the record. The terms of the settlement agreement are as follows: Coastal Air Transport, Inc. ("Coastal Air") shall deliver a check in the amount of $1,825 to the office of the United States

Attorney in St. Croix no later than 4:00 p.m. on Wednesday, August 19, 2009, in exchange for a full release of all claims against Coastal Air in this matter.

The premises considered, it is hereby

**ORDERED** that the settlement agreement is **APPROVED;** and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**CURTIS V. GÓMEZ**
**Chief Judge**